**Motion Granted and Order filed May 17, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00219-CV

———————

### WRIGHT W. GORE, JR., Appellant

### V.

### PACIFIC WESTERN EQUIPMENT FINANCE, A DIVISION OF PACIFIC WESTERN BANK F/K/A MARQUETTE EQUIPMENT FINANCE, LLC, Appellee

On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 77937-CV

———————

## NO. 14-18-00253-CV

———————

### WRIGHT W. GORE, JR., Appellant

### V.

**PACIFIC WESTERN EQUIPMENT FINANCE, A DIVISION OF PACIFIC WESTERN BANK F/K/A MARQUETTE EQUIPMENT FINANCE, LLC,**
Appellee

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 93938-CV**

---

## ORDER

On March 23, 2018, Wright W. Gore, Jr. filed a notice of appeal from an order signed March 5, 2018 in trial court cause number 77937-CV, and the appeal was assigned to this court under appellate number 14-18-00219-CV. On April 5, 2018, Wright W. Gore, Jr. filed a notice of appeal from a judgment signed March 5, 2018 in trial court cause number 93938-CV, and the appeal was assigned to this court under appellate number 14-18-00253-CV.

On April 30, 2018, Wright W. Gore, Jr. filed a motion to consolidate these related appeals. After due consideration, the motion is **GRANTED**, and we issue the following order:

We order the appeals pending under our appellate case numbers 14-18-00219-CV and 14-18-00253-CV **CONSOLIDATED**. The existing filing deadlines in appellate case number 14-18-00253-CV will apply to both cases.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.